**Opinion issued September 23, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00433-CR

———————————

## EX PARTE ANDREW GARCIA JR., Appellant

---

### On Appeal from the 185th District Court
### Harris County, Texas
### Trial Court Case No. 1891362

---

## MEMORANDUM OPINION

Appellant, Andrew Garcia Jr., currently incarcerated and proceeding pro se, attempts to appeal the denial of his post-conviction application for writ of habeas corpus. We dismiss the appeal.

On October 26, 2009, a jury convicted appellant of the felony offense of murder and assessed punishment at confinement for seventy years in the Texas

Department of Criminal Justice—Institutional Division. This Court affirmed the trial court's judgment on March 10, 2011. *See Garcia v. State*, No. 01-09-00958-CR, 2011 WL 846244, at *1 (Tex. App.—Houston [1st Dist.] Mar. 10, 2011, pet. dism'd) (mem. op., not designated for publication). The mandate subsequently issued on January 9, 2013.

The appellate record reflects that on October 22, 2024, appellant, proceeding pro se, filed a post-conviction application for writ of habeas corpus in the trial court. On May 14, 2025, the trial court denied appellant's post-conviction application for writ of habeas corpus. Appellant filed a notice of appeal from the trial court's denial of his post-conviction habeas application on June 3, 2025.

Only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings, and we have no authority to review the trial court's denial of appellant's post-conviction habeas application. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3; *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (concluding Court of Criminal Appeals has "exclusive authority . . . to grant post[-]conviction [habeas] relief"); *see also Ex parte Payne*, No. 01-22-00636-CR, 2023 WL 3010957, at *1 (Tex. App.—Houston [1st Dist.] Apr. 20, 2023, no pet.) (mem. op., not designated for publication); *Jackson v. State*, No. 01-22-00040-CR, 2023 WL 3357645, at *1 (Tex. App.—Houston [1st Dist.] May 11, 2023, no pet.) (mem. op., not designated for publication).

Accordingly, we dismiss the appeal for want of jurisdiction. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justice Guerra, Guiney, and Johnson.

Do not publish. TEX. R. APP. P. 47.2(b).